UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Enrique Aguilar,<br><br>        Defendants. | Case No.  15-mj-70320 MAG<br><br>Charging District's Case Number:<br><br>15-mj-00036 BAM |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of California.  The defendant will need a Spanish language interpreter.

The defendant:         ( ) will retain an attorney.

                       (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.  The defendant reserves his right to a detention hearing in the charging district.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: March 26, 2015

_____
PAUL SINGH GREWAL
United States Magistrate Judge